Approved: *Jason M. Swergold*
JASON M. SWERGOLD
Assistant United States Attorney

Before: THE HONORABLE SARAH NETBURN
United States Magistrate Judge
Southern District of New York

**21 MAG 2043**

- - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>KYLE JOHNSON,<br><br>Defendant. | **COMPLAINT**<br><br>Violations of 18 U.S.C. §§ 922(g), 924(c); 21 U.S.C. § 841<br><br>COUNTY OF OFFENSE: BRONX |

- - - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

MAEGEN REES, being duly sworn, deposes and says that she is a Special Agent with the Federal Bureau of Investigation and charges as follows:

COUNT ONE

1. On or about February 23, 2021, in the Southern District of New York, KYLE JOHNSON, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, to wit, an Armi Fratelli Tanfoglio SPA 9-millimeter model BTA 90 semi-automatic pistol, and the firearm was in and affecting interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

COUNT TWO

2. On or about February 23, 2021, in the Southern District of New York, KYLE JOHNSON, the defendant, intentionally and knowingly distributed and possessed with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance involved in the offense was a quantity of mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).)

COUNT THREE

4. On or about February 23, 2021, in the Southern District of New York, KYLE JOHNSON, the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the possession with intent to distribute a controlled substance crime charged in Count Two of this Complaint, knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm.

(Title 18, United States Code, Section 924(c).)

The bases for my knowledge and for the foregoing charges are, in part, as follows:

5. I am a Special Agent with the FBI, and I have been personally involved in the investigation of this matter. This affidavit is based upon my personal participation in the investigation of this matter, my conversations with law enforcement agents, witnesses, and others, as well as my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

6. Based on my participation in this investigation, including my conversations with other law enforcement officers and my review of law enforcement documents, I have learned the following, in substance and in part:

a. On or about February 23, 2021, I, together with other law enforcement agents, executed a search warrant (the "Search Warrant") at 1469 Fulton Avenue, Apartment 1A, Bronx, New York (the "Target Premises") that had been issued on or about February 19, 2021, by the Honorable Katharine H Parker,

United States Magistrate Judge for the Southern District of New York.

b. At the time of the execution of the Search Warrant, KYLE JOHNSON, the defendant, was the only individual present at the Target Premises. During the course of the execution of the Search Warrant, agents observed, among other things, mail addressed to JOHNSON and stubs for paychecks payable to JOHNSON within the Target Premises.

c. While executing the Search Warrant, agents searched a set of drawers located in the living room area of the Target Premises. In the top left drawer, agents observed, among other things, multiple prescription medication bottles with the defendant KYLE JOHNSON's name on them and a piece of mail addressed to JOHNSON at the Target Premises. In this same drawer, agents discovered a 9-millimeter model BTA 90 semi-automatic pistol manufactured by Armi Fratelli Tanfoglio SPA (the "Seized Firearm"). On the Seized Firearm is the notation "Made in Italy". Beside the Seized Firearm were two loaded magazines, including one capable of holding 15 rounds of ammunition (which held 9 rounds of ammunition).

d. On the floor between the couch and an end table in the same living room where the Seized Firearm was found, agents also found two large ziplock bags of suspected marijuana, a scale, and a ziplock bag containing smaller baggies. Based on my training and experience, I know that bags of suspected marijuana, a scale, and baggies, especially when all kept together, are indicative of narcotics distribution.

7. Based on my review of a criminal history report for KYLE JOHNSON, the defendant, I know that on or about January 24, 2001, a judgment was entered in the Western District of New York sentencing JOHNSON to 121 months' imprisonment following his conviction, after a jury trial, of possession with intent to distribute 50 grams or more of cocaine base, in violation of 21 U.S.C. § 841(b)(1)(A). On or about March 7, 2008, JOHNSON's sentence was reduced to 120 months' imprisonment.

8. I have conferred with a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, who is an interstate nexus expert and who has advised me, in sum, substance and in part, that the Seized Firearm was manufactured outside the state of New York.

WHEREFORE, deponent respectfully requests that KYLE JOHNSON, the defendant, be imprisoned or bailed, as the case may be.

/s authorized electronic signature

_______________________________

MAEGAN REES
Special Agent
Federal Bureau of Investigation

Sworn to me through the transmission of this Complaint by reliable electronic means, pursuant to Federal Rule of Criminal Procedure 4.1, this 23rd day of February, 2021.

__________________________________

THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK